UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Jack Moore,

Plaintiff,

vs.

NCO Financial Services, Inc., Preston Suber, Ray Manon, and Scott Weber,

Defendants.

Court File No. 00-CV-2476 DSD/SRN

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

THE UNDERSIGNED ATTORNEYS hereby advise the Court that all claims in the above-entitled cause of action have been fully compromised and settled. Therefore,

IT IS HEREBY STIPULATED by and between all parties hereto, through their respective undersigned attorneys, that the above lawsuit may be and hereby is dismissed on its merits and with prejudice.

IT IS FURTHER STIPULATED that without further notice, a judgment of dismissal with prejudice and upon the merits of all claims, without costs or disbursements to any of the parties, may be entered herein.

Dated: 11/13/01

**CONSUMER JUSTICE CENTER, P.A.**

By ______________________

Thomas J. Lyons, Jr., Esq. (#249646)
Attorney for Plaintiff
342 East County Road D
Little Canada, MN 55117
(651) 770-9707

FILED 11-16-01
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. 11-16-01
Deputy Clerk's Initials ______

**ERSTAD & RIEMER, P.A.**

Dated: October 31, 2001

By______________________________

Patrick D. Reilly (#90451)
Thomas H. Schaefer (#231587)
Attorneys for Defendant
8009 - 34th Avenue South
200 Riverview Office Tower
Minneapolis, MN 55425
952-896-3700

**ORDER**

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

IT IS HEREBY ORDERED that the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs or disbursements to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 15TH day of November, 2001.

BY THE COURT:

JUDGE OF DISTRICT COURT

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500